UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>v.<br><br>SONNY AHUJA, an individual dba La Quinta Inn and Suites Fresno Northwest, et al.,<br><br>Defendants. | No. 1:18-cv-00389-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 5) |

On July 29, 2018, Plaintiff filed a Notice of Voluntary Dismissal With Prejudice, in which Plaintiff notifies the Court of the dismissal of this action with prejudice. (Doc. 5.) Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **August 1, 2018**  /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE